ORIGINAL

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JUN 16 2006
CLERK, U.S. DISTRICT COURT
By _____ Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE AMERICAN AIRLINES, INC., PRIVACY LITIGATION, | § § § § § § § | Master File No. 3:04-MD-1627-D<br><br>This Document Relates To:<br>Civil Action No. 3:04-CV-0750-D<br>Civil Action No. 3:04-CV-1148-D<br>Civil Action No. 3:04-CV-2564-D |

## FINAL JUDGMENT

1. For the reasons set forth in this Court's opinions filed May 25, 2005, and December 7, 2005, it is ordered and adjudged that all of plaintiffs' causes of action, except for plaintiffs Bruce Kimmell's and Michael Rosenberg's causes of action for breach of contract against AMR Corp. and American Airlines, Inc., are dismissed with prejudice.

2. Pursuant to Fed. R. Civ. P. 41(a)(1), plaintiffs Bruce Kimmell and Michael Rosenberg, individually and not on behalf of any putative class member, and defendants AMR Corp. and American Airlines, Inc. have stipulated that said plaintiffs' causes of action for breach of contract will be dismissed with prejudice.

3. Pursuant to the parties' stipulation, plaintiffs Bruce Kimmell and Michael Rosenberg and defendants AMR Corp. and American Airlines, Inc., will bear their own costs of Court.

4. Plaintiffs Bruce Kimmell and Michael Rosenberg have also advised the Court that pursuant to stipulation of the parties, they waive their rights to appeal from this Final Judgment.

5. This is the Court's final judgment in Civil Actions No. 3:04-CV-0750-D, 3:04-CV-1148-D, and 3:04-CV-2564-D.

IT IS SO ORDERED.

Done at Dallas, Texas  June 16 , 2006.

_____
SIDNEY A FITZWATER
UNITED STATES DISTRICT JUDGE


APPROVED AS TO FORM AND SO STIPULATED
AS EXPRESSLY SET FORTH IN PARAGRAPHS 2, 3, AND 4, ABOVE:

_____
CLAXTON & HILL, PLC
Roger F. Claxton
Texas Bar No. 04329000
Robert J. Hill
Texas Bar No. 097652100
3131 McKinney Avenue, Suite 700
Dallas, Texas 75204-2471
Telephone: (214) 969-9029
Telecopier: (214) 953-0583


LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS
Robert M. Rothman
Samuel H. Rudman
58 South Service Road, Suite 200
Melville, New York 11747
(631) 367-7100

   -and-

Stuart A. Davidson
197 South Federal Highway, Suite 200
Boca Raton, Florida 33432
(561) 750-3000

784100v1

MILBERG WEISS BERSHAD & SCHULMAN LLP
Michael M. Buchman
J. Douglas Richards
One Pennsylvania Plaza
New York, New York  10119-0165
(212) 594-5300


ABRAHAM, FRUCHTER
 & TWERSKY LLP
Jack G. Fruchter
One Penn Plaza, Suite 1910
New York, New York  10119
(212) 279-5050

**ATTORNEYS FOR PLAINTIFFS
BRUCE KIMMELL AND MICHAEL ROSENBERG**

*/s/ Brian Stagner*
Dee J. Kelly
State Bar No. 11217000
Brian Stagner
State Bar No. 24002992
KELLY, HART & HALLMAN, LLP
201 Main Street, Suite 2500
Fort Worth, Texas  76102-3194
Telephone:  (817) 332-2500
Telecopier:  (817) 878-3513


Michael V. Powell
State Bar No. 16204400
LOCKE LIDDELL & SAPP LLP
2200 Ross Avenue, Suite 2200
Dallas, Texas  75201-6776
Telephone:  (214) 740-8520
Telecopier:  (214) 756-8520

**ATTORNEYS FOR DEFENDANTS
AMR CORP. AND AMERICAN AIRLINES, INC.**

784100v1